AO 442    (Rev. 10/03)  Warrant for Arrest

# UNITED STATES DISTRICT COURT

| MIDDLE | District of | ALABAMA |
|---|---|---|

UNITED STATES OF AMERICA

V.

**WARRANT FOR ARREST**

JOSHUA D. SCOTT
1978 SARA DRIVE
AUBURN, AL

Case Number:    3:05CR293-A

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ JOSHUA D. SCOTT _____
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

X  Indictment    ☐ Information    ☐ Complaint    ☐ Order of court    ☐ Probation Violation Petition    Supervised Release Violation Petition    Violation Notice

charging him or her with    (brief description of offense)

DISTRIBUTION & POSSESSION w/INTENT TO DISTRIBUTE   METHYLENEDIOXYMETHAMPHETAMINE (1 Count)

POSSESSION w/INTENT TO DISTRIBUTE METHYLENEDIOXYMETHAMPHETAMINE (1Count)

in violation of Title _____ 21 _____ United States Code, Section(s)  846 and 841(a)(1) _____

| DEBRA P. HACKETT | Signature of Issuing Officer - DEPUTY CLERK | 12/15/05 |
|---|---|---|
| Name of Issuing Officer | | DATE |

| CLERK OF COURT | MONTGOMERY, ALABAMA |
|---|---|
| Title of Issuing Officer | Date and Location |

Bail fixed at $    to be set at initial appearance _____    BY   U.S. MAGISTRATE JUDGE _____
Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at |
| |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |