IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

UNITED STATES OF AMERICA )
)
v. )          CR. NO.  3:05cr293-WHA
)
JOSHUA D. SCOTT )

## ORDER

Defendant, JOSHUA D. SCOTT, has not been arraigned on the pending

indictment.  Accordingly, it is

ORDERED that arraignment for this defendant be and is hereby *specially* set

for 30 January 2006 at 3:00 p.m. in the Courtroom 5A, Frank M. Johnson, Jr. Federal

Building and United States Courthouse, One Church Street, Montgomery, Alabama.

DONE this 20th day of January 2006.


/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE