**COURTROOM DEPUTY'S MINUTES**     **DATE: 1/30/06**

**MIDDLE DISTRICT OF ALABAMA**     **DIGITAL RECORDING: 3:14 - 3:15; 3:19 - 3:22**

**COURT REPORTER:**

**x ARRAIGNMENT**     ❏ **CHANGE OF PLEA**     ❏ **CONSENT PLEA**

❏ **RULE 44(c) HEARING**     ❏ **SENTENCING**

---

**PRESIDING MAG. JUDGE:** Vanzetta Penn McPherson     **DEPUTY CLERK:** Wanda A. Robinson

**CASE NUMBER: 3:05cr293-WHA**     **DEFENDANT NAME:** Joshua D. Scott

**AUSA: Terry F. Moorer**     **DEFENDANT ATTORNEY: William R. Blanchard, Jr.**

**Type counsel ( )Waived; ( )Retained; ( √ )CJA; ( )FPD**

**( √ ) appointed at arraignment; ( ) standing in for: _____**

**PTSO/USPO:  Ron Thweatt**

**Interpreter present? ( √ )NO; ( )YES  Name:**

**DISCOVERY DISCLOSURE DATE:**     **1/31/06**

---

❏ This is defendant's **FIRST APPEARANCE.**

√ **FINACIAL AFFIDAVIT EXECUTED.**  √ *ORAL MOTION FOR APPT OF COUNSEL*

√ *ORAL ORDER APPOINTING CJA ATTORNEY. NTC OF APPR TO BE FILED*

❏ **WAIVER OF INDICTMENT** executed and filed.

❏ **INFORMATION** filed.

❏ Juvenile Information filed w/Certificate that State Court refused jurisdiction.

**PLEA:**     √ **Not Guilty**     ❏ **Nol Contendere**

❏ **Not Guilty by reason of insanity**

❏ **Guilty as to:**

❏ **Count(s):**

❏ **Count(s):**     ❏ **dismissed on oral motion of USA**

❏ **to be dismissed at sentencing**

❏ Written plea agreement filed    ❏ **ORDERED SEALED**

❏ _____ Days to file pretrial motions ❏ _____ Trial date or term

❏ **ORAL ORDER ADJUDICATING DEFENDANT GUILTY as to Counts**

√ **ORDER:** Defendant continued under √ same bond;  ❏ summons; for:

√ Trial on 3/27/06; ❏ Sentencing on _____

❏ **ORDER:** Defendant remanded to custody of U. S. Marshal for:

❏ Posting a $_____ bond;

❏ Trial on _____; or ❏ Sentencing on _____

√ Rule 44 Hearing:  √ Waiver of Conflict of Interest Form executed

❏ Defendant requests time to secure new counsel

❏ WAIVER of Speedy Trial.  CRIMINAL TERM: 3/27/06   Ptrl: 2/27/06