IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| | ) | |
| **vs.** | ) | 3:05cr293-A |
| | ) | |
| | ) | |
| **CASEY B. BEVERLY and** | ) | |
| **JOSHUA D. SCOTT** | ) | |

## ACCEPTANCE OF APPOINTMENT

**COMES NOW**, CJA panel attorney, William R. Blanchard, and hereby accepts this Honorable Court's appointment as counsel for **JOSHUA D. SCOTT** in the above styled case.

Respectfully submitted this the 2nd day of February 2006.

        s/ William R. Blanchard
        WILLIAM R. BLANCHARD
        Attorney for Joshua D. Scott

**BLANCHARD LAW OFFICES**
**505 South Perry Street**
**Post Office Box 746**
**Montgomery, Alabama 36101-0746**
**(334) 269-9691**

# IN THE DISTRICT COURT OF THE UNITED STATES
## FOR THE MIDDLE DISTRICT OF ALABAMA
### EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| vs. | ) | 3:05cr293-A |
| | ) | |
| | ) | |
| CASEY B. BEVERLY and | ) | |
| JOSHUA D. SCOTT | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on February 2, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: AUSA Terry Moorer, and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants: n/a.

Respectfully submitted,

s/ William R. Blanchard
BLANCHARD LAW OFFICES
505 South Perry Street
Post Office Box 746
Montgomery, Alabama 36101-0746
Office: (334) 269-9691
Fax:    (334) 263-4766
(BLA029)