# U.S. District Court
## District of Hawaii - CM/ECF V2.5 (11/05) (Hawaii)
## CRIMINAL DOCKET FOR CASE #: 1:06-mj-00023-LEK-ALL

Case title: USA v. Scott
Other court case number: 3:05CR293-A Middle District of Alabama

Date Filed: 01/12/2006

Assigned to: JUDGE LESLIE E KOBAYASHI

### Defendant

**Joshua D. Scott** (1)   represented by   **Pamela J. Byrne**
Office of the Federal Public Defenders
PJKK Federal Building
300 Ala Moana Blvd Rm 7-104
Honolulu, HI 96813
541-2521
Email: pamela_byrne@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Pending Counts**                    **Disposition**
None

**Highest Offense Level (Opening)**
None

**Terminated Counts**                 **Disposition**
None

**Highest Offense Level (Terminated)**
None

**Complaints**                        **Disposition**
None

### Plaintiff

**USA**   represented by   **Louis A. Bracco**
Office of the United States Attorney
300 Ala Moana Blvd Ste 6100

https://ecf.hid.uscourts.gov/cgi-bin/DktRpt.pl?958866451366435-L_923_0-1    1/18/2006

Honolulu, HI 96850
541-2850
Email: lou.bracco@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 01/12/2006 | 1 | RULE 5 AFFIDAVIT by Joshua D. Scott by Affiant Glenn Ferreira, DUSM (gab, ) (Entered: 01/17/2006) |
| 01/12/2006 | 2 | MOTION to Detain Defendant without bail by USA as to Joshua D. Scott. (gab, ) (Entered: 01/17/2006) |
| 01/12/2006 | 4 | CJA 23 Financial Affidavit by Joshua D. Scott (gab, ) (Entered: 01/17/2006) |
| 01/13/2006 | 5 | NOTICE OF HEARING ON MOTION in case as to Joshua D. Scott 2 MOTION to Detain; Identify Hearing: Motion Hearing set for 10:30 1/18/06 is moved up to 1/13/2006 03:00 PM before JUDGE LESLIE E KOBAYASHI. (gab, ) (Entered: 01/17/2006) |
| 01/13/2006 | 6 | EP :Detention Hearing; Identity Hearing as to Joshua D. Scott held on 1/13/2006 re 2 MOTION to Detain filed by USA,, Waiver of Rule 5 and 5.1 Hearing. Bond set as to Joshua D. Scott (1) $25,000 co-signed by Meldredth Scott (FTR-Ctrm C7; 3:21-3:28.) (JUDGE LESLIE E KOBAYASHI )(gab, ) (Entered: 01/17/2006) |
| 01/13/2006 | 7 | WAIVER of Rule 5 & 5.1 Hearings by Joshua D. Scott (gab, ) (Entered: 01/17/2006) |
| 01/13/2006 | 8 | ORDER that Defendant Appear in District of Prosecution or District Having Probation Jurisdiction and Transferring Bail as to Joshua D. Scott Deft to appear in the Middle District of Alabama on or before 1/31/2006. Signed by Judge LESLIE E KOBAYASHI on 1/13/06. (gab, ) (Entered: 01/17/2006) |

| PACER Service Center |||
|---|---|---|
| Transaction Receipt |||
| 01/18/2006 06:22:56 |||
| PACER Login: | us4894 | Client Code: |
| Description: | Docket Report | Search Criteria: 1:06-mj-00023-LEK |
| Billable Pages: | 1 | Cost: 0.08 |

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | ) Magistrate No. 06-0023 LEK |
|---|---|
| Plaintiff, | ) NOTICE RE PASSPORT |
| vs. | ) |
| JOSHUA D. SCOTT, | ) |
| Defendant. | ) |

### NOTICE RE PASSPORT

I HEREBY DECLARE that I do not have a valid passport and will not apply for the issuance of a passport during the pendency of this action.

DATED: Honolulu, Hawaii, June 17, 2006.

/s/ Joshua D. Scott
JOSHUA D. SCOTT
Defendant

ORIGINAL

EDWARD H. KUBO, JR. #2499
United States Attorney
District of Hawaii

FLORENCE T. NAKAKUNI #2286
Chief, Drug/Organized Crime Section

LOUIS A. BRACCO
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd., Box 50183
Honolulu, Hawaii  96850
Telephone:  541-2850
Facsimile:  541-2958
E-mail: lou.bracco@usdoj.com

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | MAG. NO. 06-0023 LEK |
| Plaintiff, ) | MOTION TO DETAIN DEFENDANT WITHOUT BAIL |
| vs. ) | |
| JOSHUA D. SCOTT, ) | |
| Defendant. ) | |

## MOTION TO DETAIN DEFENDANT WITHOUT BAIL

The United States hereby moves to detain defendant without bail, pursuant to 18 U.S.C. Section 3142.

1. <u>Eligibility of Case</u>. This defendant is eligible for detention because the case involves (check all that apply):

 \_\_\_\_  a. Offense committed on release pending felony trial (3142(d)(1)(A)(i))*

 \_\_\_\_  b. Offense committed on release pending imposition, execution, or appeal of sentence, conviction or completion of sentence (3142(d)(1)(A)(ii))*

    ____ c.    Offense committed while on probation or parole (3142(d)(1)(A)(iii))*

    ____ d.    A citizen of a foreign country or unlawfully admitted person (3142(d)(1)(B))*

    ____ e.    Crime of violence (3142(f)(1)(A))

    __✓__ f.    Maximum sentence life imprisonment or death (3142(f)(1)(B))

    __✓__ g.    10+ year drug offense (3142(f)(1)(C))

    ____ h.    Felony, with two prior convictions in above categories (3142(f)(1)(D))

    __✓__ i.    Serious risk defendant will flee (3142(f)(2)(A))

    ____ j.    Danger to other person or community **

    ____ k.    Serious risk obstruction of justice (3142(f)(2)(B))

    ____ l.    Serious risk threat, injury, intimidation of prospective witness or juror (3142(f)(2)(B))

\* requires "i" or "j" additionally

\*\* requires "a", "b", "c", or "d" additionally

2. <u>Reason for Detention</u>.  The court should detain defendant (check all that apply):

    __✓__ a.    Because there is no condition or combination of conditions of release which will reasonably assure defendant's appearance as required (3142(e))

    ____ b.    Because there is no condition or combination of conditions of release which will reasonably assure the safety of any other person and the community (3142(e))

    ____ c.    Pending notification of appropriate court or official (not more than 10 working days (3142(d))

3. <u>Rebuttable Presumption</u>. The United States (will/~~will not~~) invoke the rebuttable presumption against defendant under Section 3142(e). If invoked, the presumption applies because (check all that apply):

  ✓ a. Probable cause to believe defendant committed 10+ year drug offense

  ___ b. Probable cause to believe defendant committed an offense under 18 U.S.C. § 924(c)

  ___ c. Previous conviction for eligible offense committed while on pretrial bond

4. <u>Time for Detention Hearing</u>. The United States requests that the court conduct the detention hearing:

  ___ a. At first appearance

  ___ b. After continuance of 3 days (not more than 3)

5. <u>Rule 40 Cases</u>. The United States requests that the detention hearing be held:

  ✓ a. In the District of Hawaii

  ___ b. In the District where charges were filed

6. <u>Other Matters</u>.

DATED: January 12th, 2006, at Honolulu, Hawaii.

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

By _____
LOUIS A. BRACCO
Assistant U.S. Attorney

3

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF HAWAII

JAN 12 2006

at ___ o'clock and ___ min ___ M
SUE BEITIA, CLERK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Magistrate's docket No. |
| VS | ) ) ) | 06- 06-0023 LEK |
| Joshua D. Scott | ) ) | |

Before the Honorable Leslie E. Kobayashi, United States Magistrate, District of Hawaii, at Honolulu, Hawaii.

The undersigned deponent being first duly sworn, deposes and says:

That he is a Deputy with the United States Marshals Service and based on a copy of the warrant (attachment A), which he received on January 11, 2006, he believes probable cause exist for the arrest and temporary commitment of the above named defendant Joshua D. Scott.

_____
Deputy United States Marshal

Sworn to before me and subscribed to me in my presence this 12th day of January, 2006.

_____
United States Magistrate

ORIGINAL

AO 466A (Rev. 10/03) Waiver of Rule 5 & 5.1 Hearings

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 13 2006

at ____ o'clock and ¼ min __ M
SUE BF____ CLERK

# UNITED STATES DISTRICT COURT

DISTRICT OF _____ HAWAII

| UNITED STATES OF AMERICA | WAIVER OF RULE 5 & 5.1 HEARINGS (Complaint/Indictment) |
|---|---|
| V. | CASE NUMBER: Mag. No. 06-0023 LEK |
| JOSHUA D. SCOTT<br>Defendant | CHARGING DISTRICTS<br>CASE NUMBER: Cr. No. 3:00cr293-A |

I understand that charges are pending in the __Middle__ District of __Alabama__

alleging violation of __21 U.S.C. §§ 846 and 841(a)(1)__ and that I have been arrested in this district and
(Title and Section)

taken before a judge, who has informed me of the charge(s) and my rights to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2) an identity hearing to determine whether I am the person named in the charges;

(3) a preliminary hearing (unless an indictment has been returned or information filed) to determine whether there is probable cause to believe an offense has been committed by me, the hearing to be held in this district or the district of prosecution; and

(4) Request transfer of the proceedings to this district under Rule 20, Fed. R. Crim. P., in order to plead guilty.

I HEREBY WAIVE (GIVE UP) MY RIGHT TO A(N):

(X) identity hearing

( ) preliminary hearing

( ) identity hearing but request a preliminary hearing be held in the proceeding district and, therefore, consent to the issuance of an order requiring my appearance in the proceeding district where the charges are pending against me.

_Joshua Scott_
Defendant

1/13/06
Date

_Pamela_
Defense Counsel

AO 467 (Rev. 9/03) Order for Defendant to Appear

**ORIGINAL**   UNITED STATES DISTRICT COURT

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

_____ DISTRICT OF _____ HAWAII   JAN 13 2006

at ____ o'clock and ____ min. ____ M
SUE B___   CLERK

UNITED STATES OF AMERICA

V.

JOSHUA D. SCOTT

**ORDER THAT DEFENDANT APPEAR IN DISTRICT OF PROSECUTION OR DISTRICT HAVING PROBATION JURISDICTION AND TRANSFERRING BAIL**

CASE NUMBER: Mag. No. 06-0023 LEK

CHARGING DISTRICTS
CASE NUMBER: Cr. No. 3:00cr293-A

The defendant having appeared before this Court and proceedings having been concluded and the defendant released;

IT IS ORDERED that the defendant be held to answer in the United States District Court for the

___Middle___ District of ___Alabama___; and that the Clerk of Court shall transfer bail deposited into the Registry of this Court, to the Clerk of the

Middle District of Alabama
One Church Street, Montgomery, AL
36104
*Place and Address*

, for deposit into the registry of that Court.

The defendant shall appear at all proceedings as required. The defendant shall next appear at (if blank, to be notified) on ___or before___ JAN 3 1 2006_____.
*Date and Time*

_____
Signature of Judge

JAN 13 2006

_____
Date

U.S. Magistrate Judge
Name and Title of Judge