| COURTROOM DEPUTY'S MINUTES | DATE: 2/27/06 |
|---|---|
| MIDDLE DISTRICT OF ALABAMA | Digital Recording: 9:31 - 9:33 |

## PRETRIAL CONFERENCE

**PRESIDING MAG. JUDGE.** Vanzetta Penn McPherson   **DEPUTY CLERK:** Wanda A. Robinson

**CASE NUMBER:**   3:05cr293-WHA   **DEFENDANT(S):** Joshua D. Scott

| GOVERNMENT | APPEARANCES | DEFENDANT |
|---|---|---|
| | * | |
| | * | |
| Clark A. Morris | * | William R. Blanchard |
| | * | |
| | * | |

☐ **DISCOVERY STATUS:**        Complete

   Tape of

☐ **PENDING MOTION STATUS:**     None

☐ **PLEA STATUS:**            Trial

☐ **TRIAL STATUS**           One Day for Trial

☐ **REMARKS:**
         If viewing of the Videotape causes the filing of any motion, Agents will be asked to come before the Court for explanation of late issuance of discovery; Defense counsel should view the videotape and inform the Courtroom Deputy if any motions will be filed