IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| vs. | ) | 3:05cr293-WHA |
| | ) | |
| | ) | |
| CASEY B. BEVERLY and | ) | |
| JOSHUA D. SCOTT | ) | |

## NOTICE OF INTENT TO CHANGE PLEA

**COMES NOW** the Defendant, **JOSHUA D. SCOTT**, by and through counsel of record, and gives notice that he intends to change his plea from not guilty to guilty of the charge contained in Count II of the Indictment.

Respectfully submitted this the 10th day of March 2006.

                                              s/ William R. Blanchard
                                              WILLIAM R. BLANCHARD
                                              Attorney for Joshua D. Scott

**BLANCHARD LAW OFFICES**
**505 South Perry Street**
**Post Office Box 746**
**Montgomery, Alabama 36101-0746**
**(334) 269-9691**

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| vs. | ) | 3:05cr293-WHA |
| | ) | |
| | ) | |
| CASEY B. BEVERLY and | ) | |
| JOSHUA D. SCOTT | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on March 10, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: AUSA Terry Moorer, and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants: n/a.

Respectfully submitted,

s/ William R. Blanchard
BLANCHARD LAW OFFICES
505 South Perry Street
Post Office Box 746
Montgomery, Alabama 36101-0746
Office: (334) 269-9691
Fax:    (334) 263-4766
(BLA029)