MIDDLE DISTRICT OF ALABAMA           COURT REPORTER: Jimmy Dickens

❏ ARRAIGNMENT      x CHANGE OF PLEA      ❏ CONSENT PLEA

❏ RULE 44(c) HEARING      ❏ SENTENCING

---

**PRESIDING MAG. JUDGE:** *Vanzetta Penn McPherson*   **DEPUTY CLERK:** *WANDA ROBINSON*
**CASE NUMBER:** *3:05cr293-WHA*   **DEFENDANT NAME:** *Joshua D. Scott*
**AUSA:** *Terry F. Moorer*   **DEFENDANT ATTY:** *William Rives Blanchard, Jr.*

**Type Counsel:**   ( ) Waived;   ( ) Retained;   (X) Panel CJA;   ( ) CDO

**USPO:** *Jeffrey Lee, Ron Thweatt*

Defendant _____ does ____x____ does NOT need and interpreter.

Interpreter present?  __x__ NO   ____ YES   Name: _____

---

— This is defendant's **FIRST APPEARANCE. (Docket kia.!!!)**

— WAIVER OF INDICTMENT executed and filed.

— MISDEMEANOR INFORMATION filed.

— Juvenile Information filed w/Certificate that State Court refuses jurisdiction.

**PLEA:**   ❏ Not Guilty         ❏ Nol Contendere

❏ Not Guilty by reason of insanity

√ Guilty as to:

  √ Count(s) __2__ of the Felony Indictment.

  √ Count(s) __1__   ❏ dismissed on oral motion of USA;

   √ to be dismissed at sentencing

√ — **ORAL ORDER ADJUDICATING GUILT as to COUNT 2**

√ — Written plea agreement filed. ❏ **OPEN/ORAL** Plea Agreement. ❏ **ORDERED SEALED.** ❏ No Plea Agreement entered

— _____ Days to file pretrial motions.   ❏ _____ Trial date or term.

√ — **ORDER:** Defendant Continued under ❏ same bond ; √ Released on Bond & Conditions of Release executed in Middle Alabama before Magistrate Judge McPherson on 3/16/06

  ❏ summons; for:

  ❏ Trial on _____;  √ Sentencing on _____   ❏ _____ Bond   √ to be set by Separate Order

— **ORDER:** Defendant remanded to custody of U.S. Marshal for:

  ❏ Posting a $_____ Bond;

  ❏ Trial on _____; or ❏ Sentencing on _____ ❏ set by separate Order.

Rule 44 Hearing: ❏ Waiver of Conflict of Interest Form executed. ❏ Detention requests time to secure new counsel.