IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| vs. ) | CR. NO. 2:05cr293-WHA |
| JOSHUA D. SCOTT ) | |

## **ORDER**

It is hereby ORDERED that the sentencing in this case, previously scheduled for June 22, 2006, at 9:00 a.m. is RESCHEDULED for June 22, 2006, at **10:00** a.m. in District Courtroom 2-C, Frank M. Johnson, Jr. United States Courthouse Complex, One Church Street, Montgomery, Alabama.

DONE this 27th day of April, 2006.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE