PROB 12B
(7/93)

# United States District Court for Middle District of Alabama

## Request for Modifying the Conditions or Term of Supervision with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Joshua D. Scott                                                              Case Number: 3:05cr293-WHA

Name of Sentencing Judicial Officer: The Honorable W. Harold Albritton, Senior U. S. District Judge

Date of Original Sentence: June 22, 2006

Original Offense: 21 U.S.C. § 841(a)(1), Possession with intent to distribute methylenedioxymethamphetamine

Original Sentence: Three years probation

Type of Supervision: Probation                                                    Date Supervision Commenced: June 22, 2006

## PETITIONING THE COURT

[ ]   To extend the term of supervision for _years, for a total term of _years.

[X]   To modify the conditions of supervision as follows:

**The defendant shall serve four (4) consecutive weekends at a jail facility to be designated by the Federal Bureau of Prisons. The defendant shall surrender for service of this term each Friday, no later than 6:00 p.m., and the defendant shall be released each Sunday, at 6:00 p.m. Failure to report on time for service of this sentence each weekend will be considered a violation of supervision and will subject the defendant to further penalties, including revocation of supervision.**

## CAUSE

On June 22, 2006, Scott began his 3 year term of probation. On December 14, 2006, Scott violated the conditions of supervision. Specifically, the probation officer was notified by State Probation Officer Matt Gaunier, Chambers County State Probation Officer, that Scott submitted a urine sample that tested positive for methamphetamine on December 14, 2006.

On December 20, 2006, this officer contacted Scott by telephone and questioned him as to the positive urine test submitted to his state probation officer. Scott admitted to using methamphetamine on December 10, 2006 while at a local club. He informed that he used poor judgement and would not use illegal drugs again. Scott was verbally reprimanded for his illegal drug use and he was informed that if he tested positive for illegal drugs again that his supervision could be revoked. Since the admission, Scott has submitted two drug tests with negative results.

Based on the above violation, the probation officer is recommending the conditions of supervised release be modified for Scott to serve four (4) consecutive weekends at a jail facility to be designated by the Federal Bureau of Prisons. This officer believes that the modification will address the violation of Scott's probation. Scott has signed the attached waiver agreeing to the modification.

Respectfully submitted,

/s/ Willie Bernard Ross, Jr.
Willie Bernard Ross, Sr.
Senior U.S. Probation Officer
Date: January 12, 2007

Reviewed and approved:   /s/ David Ron Thweatt
Supervisory U.S. Probation Officer

THE COURT ORDERS:

[ ]   No Action

[ ]   The Extension of Supervision as Noted Above

[X]   The Modification of Conditions as Noted Above

[ ]   Other

/s/ W. Harold Albritton

Signature of Judicial Officer

January 16, 2007

Date