# United States District Court
## for
## Middle District of Alabama

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: JOSHUA D. SCOTT                         Case Number: 3:05cr293-WHA

Name of Sentencing Judicial Officer: The Honorable W. Harold Albritton, Senior U. S. District Judge

Date of Original Sentence: June 22, 2006

Original Offense: Possession with intent to distribute methylenedioxymethamphetamine

Original Sentence: 3 years probation

Type of Supervision: Probation                            Date Supervision Commenced: June 22, 2006

Assistant U.S. Attorney: Terry Moorer                     Defense Attorney: William R. Blanchard

## PETITIONING THE COURT

[X]   To issue a warrant
[ ]   To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| Viol. 1: "The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer." | On February 7, 2007, Scott was instructed by the probation officer to report to the probation office on February 9, 2007. Scott failed to report as instructed. Attempts taken by the probation officer to locate Scott have proven unsuccessful. |
| Viol. 2: "The defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month." | On January 10, 2007, the probation officer met with Scott at the probation office and reminded him about his obligation to submit written monthly supervision reports in a timely manner. He was provided with monthly report forms. Scott failed to submit a monthly report for January 2007 which was due to the probation officer by February 5, 2007. |

U.S. Probation Officer Recommendation:

The term of supervision should be

[X]   revoked.
[ ]    extended for _ years, for a total term of _ years.
[ ]    The conditions of supervision should be modified as follows:

I declare under penalty of perjury the foregoing is true and correct

Executed on __2/28/07__ By _____
                                        Senior U.S. Probation Officer

Reviewed and approved: _____
                         Supervisory U.S. Probation Officer

---

THE COURT ORDERS:

[ ]   No Action
[ ]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   Other

_____
Signature of Judicial Officer

_____
Date