IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 3:05-cr-293-WHA |
| | ) | |
| JOSHUA D. SCOTT | ) | |

## UNITED STATES' MOTION TO SUBSTITUTE COUNSEL

Comes now the United States of America, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and moves this Court to substitute Assistant United States Attorney Susan R. Redmond as counsel of record for the United States of America in this matter in place of former Assistant United States Attorney Terry F. Moorer.

Respectfully submitted this the 16th day of March, 2007.

                                              LEURA G. CANARY
                                              UNITED STATES ATTORNEY

                                              /s/ Susan R. Redmond
                                              SUSAN R. REDMOND
                                              Assistant United States Attorney
                                              1 Court Square, Suite 201
                                              Montgomery, Alabama 36104
                                              (334) 223-7280
                                              (334) 223-7135 Fax
                                              susan.redmond@usdoj.gov

IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.          ) | CR. NO. 3:05-cr-293-WHA |
| ) | |
| JOSHUA D. SCOTT        ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on March 16, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: William R. Blanchard, Esquire.

        Respectfully submitted,

        /s/ Susan R. Redmond
        SUSAN R. REDMOND
        Assistant United States Attorney
        1 Court Square, Suite 201
        Montgomery, Alabama 36104
        (334) 223-7280
        (334) 223-7135 Fax
        susan.redmond@usdoj.gov