IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 3:05cr293-WHA |
| | ) | |
| JOSHUA D. SCOTT | | |

## ORDER

On March 15, 2007, a Detention and a Preliminary Hearing was held as to defendant, Joshua D. Scott. For the reasons stated on the record,

IT IS ORDERED that the defendant be held to answer the charges against him in this court, and he is remanded to the custody of the United States Marshal pending his revocation hearing at 10:00 a.m. on March 20, 2007, before Senior District Judge W. Harold Albritton.

DONE, this 16th day of March, 2007.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE