# MINUTES

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

W. HAROLD ALBRITTON, SENIOR U. S. DISTRICT JUDGE, PRESIDING, AT MONTGOMERY, AL

| | | | |
|---|---|---|---|
| DATE COMMENCED: | March 20, 2007 | AT: | 10:22 a.m. |
| DATE COMPLETED: | March 20, 2007 | AT: | 10:36 a.m. |

UNITED STATES OF AMERICA            )
                                    )
vs.                                 )   CR. No. 3:05cr293-WHA
                                    )
JOSHUA D. SCOTT                     )

_____

APPEARANCES:

| GOVERNMENT | DEFENDANT |
|---|---|
| Susan Redmond | Kevin Butler |

_____

COURT OFFICIALS PRESENT

| | |
|---|---|
| Mitchell Reisner, Court Reporter | Bernard Ross, USPO |
| Elna Behrman, Courtroom Deputy | Ron Thweatt, USPO |
| Daniel Harrell, Law Clerk | |

COURTROOM PROCEEDINGS

(X)    Hearing on Modification of Terms of Supervision


Hearing commences as a hearing on the modification of the terms of supervision rather than a petition to
    revoke supervision.
Defendant is sworn.
Court states it wants more information as to why he should modify the supervision rather than revoke supervision.
Defendant admits violations.
Court further questions Defendant as to matters testified to before the Magistrate Judge.
Defendant responds and then apologizes to Bernard Ross, USPO, for misstatements made to Magistrate Judge.
Court will accept the request for modification and dismiss petition.
Defendant is ORDERED to remain in the custody of the U. S. Marshal until a bedspace becomes available at
    Bannum Place of Montgomery at which time the probation officer will notify the U. S. Marshal for
    the Defendant to be released to Bannum Place of Montgomery.
Government requests Defendant be made to comply with previous modification of spending four weekends
    in jail.
Court states any previous modification is still in full force and effect.
Court is adjourned.