PROB 12B
(7/93)

# United States District Court

### for

### Middle District of Alabama

## Request for Modifying the Conditions or Term of Supervision
## with Consent of the Offender
### (Probation Form 49, Waiver of Hearing is Attached)

Name of Offender: JOSHUA D. SCOTT                     Case Number:3:05cr293-WHA

Name of Sentencing Judicial Officer: Honorable W. Harold Albritton, Senior U.S. District Judge

Date of Original Sentence: June 22, 2006

Original Offense: Possession with intent to distribute Methylenedioxymethamphetamine

Original Sentence: 3 years probation

Type of Supervision: Probation                     Date Supervision Commenced: June 10, 2005

## PETITIONING THE COURT

[ ]   To extend the term of supervision for __ years, for a total term of __ years.
[X]   To modify the conditions of supervision as follows and dismiss the petition filed on March 5, 2007:

**The defendant shall reside in a community corrections facility maintained under contract to the Bureau of Prisons for a term of six months and shall comply with the rules of that facility. This term shall begin upon the defendant's surrender to the facility at the time directed by the probation officer.**

## CAUSE

Scott began his three (3) year term of probation on June 22, 2006. He was originally released to reside at 1801 35th Ave SW #7 in Lanett, Alabama, however, his last verified address is 4321 County Road 388, #1, in Valley, AL with his friend/employer, Patrick Allen. His last verified employment was with White's Fencing Company in Valley, AL as a laborer. As a response to admitted methamphetamine use, Your Honor ordered the enhancement of probation release conditions on January 16, 2007 to include four (4) weekends in jail. Despite that enhancement, Scott has not been deterred from violating his conditions of release. He was given the opportunity to participate in a drug treatment program but declined, stating that he did not need drug treatment.

On January 10, 2007, the probation officer met with Scott at the probation office and reminded him about his obligation to submit written monthly supervision reports in a timely manner. He was provided with monthly report forms. Scott failed to submit a monthly report for January 2007 which was due to the probation officer by February 5, 2007.

On February 7, 2007, Scott was instructed by the probation officer to report to the probation office on February 9, 2007. Scott failed to follow this officer's instructions by not reporting as instructed on February 9, 2007. Attempts taken by the probation officer to locate Scott proved unsuccessful.

PROB 12B
(7/93)

A violation petition requesting a warrant was filed on March 5, 2007 charging Scott with failure to report to the probation officer as instructed and failure to submit a monthly report for January 2007. The warrant was executed and Scott was taken into custody by the U.S. Marshals Service on March 15, 2007. An initial appearance was held on March 15, 2007 at which time probable cause was found and the defendant was ordered detained pending a revocation hearing set on March 20, 2007. The probation officer believes that the violations pending against Scott can be addressed by modifying his conditions to have him serve six (6) months in a halfway house. This officer further believes that Scott needs to regain some stability in his life.   Assistant Federal Defender Kevin Butler is aware of the violations and agrees with the modification agreement.

Respectfully submitted,

by

W. Bernard Ross, Jr.
Senior U.S. Probation Officer
Date: March 20, 2007

Reviewed and approved: _____
Supervisory U.S. Probation Officer

THE COURT ORDERS:

[ ]    No Action
[ ]    The Extension of Supervision as Noted Above
[X]    The Modification of Conditions as Noted Above and the Dismissal of the Petition filed on March 5, 2007.  The defendant is to remain in the custody of the U.S. Marshal until a bedspace becomes available at Bannum Place of Montgomery at which time the probation officer will notify the U.S. Marshal for the defendant to be released to Bannum Place of Montgomery.
[ ]    Other

Signature of Judicial Officer

3/20/07
Date