PROB 12C
(7/93)

# United States District Court
## for
## Middle District of Alabama
## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Joshua D. Scott                                Case Number: 3:05cr293-WHA

Name of Sentencing Judicial Officer: The Honorable W. Harold Albritton, Senior U. S. District Judge

Date of Original Sentence: June 22, 2006

Original Offense: 21 U.S.C. § 841(a)(1), Possession with intent to distribute methylenedioxymethamphetamine

Original Sentence: Three years probation

Type of Supervision: Probation                                Date Supervision Commenced: June 22, 2006

Assistant U.S. Attorney: Susan Redmond                        Defense Attorney: Kevin Butler

## PETITIONING THE COURT

[X]    To issue a warrant
[ ]    To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| Viol. 1 -Modified Condition: "The defendant shall reside in a community corrections facility maintained under contract to the Bureau of Prisons for a term of six months and shall comply with the rules of that facility." | Joshua D. Scott was terminated from the community corrections facility (Bannum of Montgomery) on August 15, 2007, for failing to maintain and follow accountability policies and procedures during and after work hours. |

PROB 12C
(7/93)

2

U.S. Probation Officer Recommendation:

[X]   The term of supervision should be
    [X]   revoked.
    [ ]   extended for _ years, for a total term of _ years.

[ ]   The conditions of supervision should be modified as follows:

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   August 15, 2007

*James Chappell* (signature)
James Chappell
United States Probation

Reviewed and approved: *David Ritthaler* (signature)
Supervisory U.S. Probation Officer

THE COURT ORDERS:

[ ]   No Action
[ ]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   Other

_____
Signature of Judicial Officer

_____
Date