IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO.: 3:05cr293-WHA |
| | ) | |
| JOSHUA D. SCOTT | | |

**ORDER**

On August 16, 2007, the defendant appeared for an Initial Appearance on a Petition for Revocation (Doc. # 73) at which time defendant waived his right to a Preliminary Hearing. The Government orally moved for detention at the Initial Appearance and a detention hearing was held. Accordingly, it is

ORDERED that the defendant be held to answer the charges against him in this court. IT IS FURTHER ORDERED

Due to the defendant's risk of flight, that he be remanded to the custody of the United States Marshal pending his final revocation hearing before Senior United States District Judge W. Harold Albritton.

DONE, this 17day of August, 2007.

/s/ Wallace Capel, Jr.

WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE