IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.  3:05-cr-0293-WHA |
| ) | |
| JOSHUA D. SCOTT, ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF APPEARANCE

COMES NOW, Richard K. Keith, and hereby gives his Notice of Appearance as court-appointed Counsel representing Joshua D. Scott in the above-styled cause.

Respectfully submitted this 17th day of August, 2007.

s/ Richard K. Keith
**RICHARD K. KEITH (KEI003)**
Attorney for Defendant
**KEITH & DUBIN, P.C.**
22 Scott Street
Montgomery, AL  36104-4012
Telephone: (334) 264-6776
Facsimile:  (334) 265-5362

## CERTIFICATE OF SERVICE

I hereby certify that on August 17, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

| | |
|---|---|
| Susan R. Redmond, AUSA | Kent B. Brunson, AUSA |
| Post Office Box 197 | Post Office Box 197 |
| Montgomery, AL  36101-0197 | Montgomery, AL  36101-0197 |

s/ Richard K. Keith
**OF COUNSEL**