AO 89 (Rev. 7/95) Subpoena in a Criminal Case

# United States District Court
## MIDDLE DISTRICT OF ALABAMA

UNITED STATES OF AMERICA

V.

JOSHUA D. SCOTT

SUBPOENA IN A CRIMINAL CASE

CASE NUMBER: 3:05-cr-0293-WHA

TO:
Chuck Coleman
ASK Telemarketing
5815 Carmichael Rd.
Montgomery, AL 36117

[X] YOU ARE COMMANDED to appear in the United States District Court at the place, date and time specified below, or any subsequent place, date and time set by the court, to testify in the above referenced case. This subpoena shall remain in effect until you are granted leave to depart by the court or by an officer acting on behalf of the court.

| PLACE United States District Court<br>One Church Street<br>Montgomery, AL | COURTROOM<br>2C |
|---|---|
| | DATE AND TIME<br>Aug. 27, 2007, at 10:00 A.M. |

[ ] YOU ARE ALSO COMMANDED to bring with you the following document(s) or object(s):

| U.S. MAGISTRATE JUDGE OR CLERK OF COURT | DATE |
|---|---|
| (BY) DEPUTY CLERK | |

ATTORNEY'S NAME, ADDRESS AND PHONE NUMBER

Richard K. Keith, Esq., KEITH & DUBIN, P.C., 22 Scott Street, Montgomery, AL 36104-4012
(334) 264-6776

AO 89   (Rev. 7/95)    Subpoena in a Criminal Case

# PROOF OF SERVICE

| | DATE | PLACE |
|---|---|---|
| RECEIVED BY SERVER | | |
| SERVED | DATE | PLACE |

| SERVED ON (PRINT NAME) | FEES AND MILEAGE TENDERED TO WITNESS |
|---|---|
| | ☐ YES   ☐ NO   AMOUNT $ _____ |
| SERVED BY (PRINT NAME) | TITLE |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on _____        _____
                    Date                            Signature of sever

                                    _____
                                    Address of sever

ADDITIONAL INFORMATION