## IN THE DISTRICT COURT OF THE UNITED STATES
## FOR THE MIDDLE DISTRICT OF ALABAMA
## EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.    3:05-cr-0293-WHA |
| | ) | |
| JOSHUA D. SCOTT, | ) | |
| | ) | |
| Defendant. | ) | |

### ORDER

Having considered the foregoing Motion for Issuance of Subpoenas in connection

with the August 27, 2007 supervised release revocation hearing in the above-styled cause,

**IT IS HEREBY ORDERED** that the requested subpoenas be issued for the presence

of the following named persons to testify at trial:

1.    **Chuck Coleman**
2.    **John Waters**

**IT IS HEREBY ORDERED** the cost of transportation, subsistence, and fees for the

witnesses shall be paid by the United States Marshal in the same manner as witnesses

subpoenaed by the Government.

**ORDERED**, this _____ day of _____, 2007.


_____
**UNITED STATES DISTRICT JUDGE**