IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO.: 3:05cr293-WHA |
| | ) | |
| JOSHUA D. SCOTT | ) | |

**ORDER ON MOTION**

Upon consideration of Defendant's Motion for Issuance of Subpoenas (Doc. #84), filed on August 22, 2007, it is

ORDERED that Defendant's motion (Doc. #84) is GRANTED. It is further

ORDERED that the requested Subpoenas be issued to **Chuck Coleman and John Waters, ASK Telemarketing, 5818 Carmichael Road, Montgomery, Alabama 36117**. Chuck Coleman and John Waters shall appear before the Honorable W. Harold Albritton, III, Senior United States District Judge, on August 27, 2007, at 10:00 a.m. in District Courtroom 2-C, Frank M. Johnson, Jr., United States Courthouse Complex, One Church Street, Montgomery, Alabama. It is further

ORDERED that **Defense counsel's office will serve this subpoena**. It is further

ORDERED the cost of transportation, subsistence, and fees for the witnesses shall be paid by the United States Marshall in the same manner as witnesses

subpoenaed by the Government.

    DONE this 23rd day of August, 2007.

                                       /s/ Wallace Capel, Jr.
                                       WALLACE CAPEL, JR.
                                       UNITED STATES MAGISTRATE JUDGE