**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **CR. NO.  3:05 -cr-293 -WHA** |
| | ) | |
| **JOSHUA D. SCOTT** | ) | |

## MOTION TO CORRECT CLERICAL ERROR

Comes now the United States of America, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and respectfully moves this Court to correct an error in the record as follows:

On June 23, 2006, the Court entered its Judgment in a Criminal Case against the above-named defendant.

The Statement of Reasons reflects that the Court determined the Advisory Sentencing Guidelines Range (Before Departures) as follows:

> Total Offense Level - 8
>
> Criminal History Category - I
>
> Imprisonment Range - 10 to 16 months
>
> Supervised Release Range - 2 to 3 years
>
> Fine Range - $1000 to 1,000,000

The range of imprisonment reflected in the Statement of Reasons is inconsistent with a total offense level of 8 and Criminal History Category of I (which would be 1 - 6 months), but is consistent with an Offense Level of 8 and a Criminal History Category of IV.

On information and belief, the undersigned AUSA requests that the Court amend the Judgment in a Criminal Case to reflect that the Advisory Sentencing Guidelines Range (Before Departures) as determined by the Court at sentencing are as follows:

Total Offense Level - 8

Criminal History Category - IV

Imprisonment range - 10-16

Supervised Release Range - 2 to 3 years

Fine Range - $1000 to 1,000,000

The Undersigned AUSA further requests that the Court give notice of said correction to Defendant Scott and advise Scott that said amendment will alter the range of possible punishment he faces from 3 to 9 months to 6 to 12 months, should he be revoked, pursuant to U.S.S.G. § 7B1.4(a) as reflected at paragraph 9 of the Probation Violation Report prepared and submitted August 20, 2007.

The above-styled case is set for a probation revocation hearing on August 27, 2007 at 10:00 a.m.

WHEREFORE, the United States respectfully requests that this Motion be GRANTED and that the Court correct the record to reflect that Scott's Criminal History Category is IV.

Respectfully submitted this 24th day of August, 2007.

LEURA G. CANARY
UNITED STATES ATTORNEY

/s/ Susan R. Redmond
SUSAN R. REDMOND
Assistant United States Attorney
Post Office Box 197
Montgomery, AL 36101-0197
334.223.7280    334.223.7138 fax
susan.redmond@usdoj.gov

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **)** | |
| | **)** | |
| **v.** | **)** | **CR. NO.  3:05 -cr-293 -WHA** |
| | **)** | |
| **JOSHUA D. SCOTT** | **)** | |

**CERTIFICATE OF SERVICE**

I hereby certify that on August 24, 2007, I electronically filed the foregoing with the Clerk of the

Court using the CM/ECF system which will send notification of such filing to attorney for the

Defendant: Richard K. Keith.

Respectfully submitted,

LEURA G. CANARY
UNITED STATES ATTORNEY

/s/ Susan R. Redmond
SUSAN R. REDMOND
Assistant United States Attorney
Post Office Box 197
Montgomery, AL 36101-0197
Telephone: (334) 223-7280
Fax: (334) 223-7138
susan.redmond@usdoj.gov