IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| vs. ) | CR. NO. 3:05cr293-WHA |
| JOSHUA D. SCOTT ) | |

**ORDER**

Upon consideration of the Government's Motion to Correct Clerical Error (Doc. #86), and the Defendant agreeing in open court on this day that the motion is well-taken, the motion is GRANTED, and it is hereby

ORDERED that the Statement of Reasons in the Judgment in a Criminal Case entered on June 23, 2006 is CORRECTED due to a clerical error, to change Criminal History Category - I to Criminal History Category - IV.

DONE this 27th day of August, 2007.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE